IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TRAVIS E., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 1:17-cv-00048-DN-EJF <br><br> District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Evelyn J. Furse on September 6, 2018, recommends remand of the Commissioner's decision denying Plaintiff's claim for child insurance benefits and supplemental security income.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation. Therefore, the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation[2] is adopted in its entirety. The Commissioner's decision is REVERSED, and the case is REMANDED to the Commissioner. On remand, the Commissioner should reevaluate Plaintiff's credibility in full compliance with SSR 16-3p.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and the Commissioner's decision is REVERSED, and the case is REMANDED to the Commissioner. On

---

[1] Docket no. 21, filed September 6, 2018.

[2] *Id.*

[3] *Id.*

remand, the Commissioner should reevaluate Plaintiff's credibility in full compliance with

[SSR 16-3p](SSR 16-3p).

Signed September 26, 2018.

BY THE COURT:

David Nuffer
United States District Judge